IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM THORNTON, :
    Petitioner : No. 1:11-cr-0253
     :
v. : (Judge Kane)
     :
UNITED STATES OF AMERICA, :
    Respondent :

## ORDER

**AND NOW**, on this 28th day of February 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's Motion to Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 64), is **GRANTED**;

2. The United States Probation Office is directed to file a supplement to its presentence report of April 16, 2012, within thirty (30) days of the date of this Order;

3. A sentencing hearing will be scheduled by the Court upon the filing of the supplemental presentence report; and

4. The Clerk of Court is directed to **CLOSE** civil case number 16-cv-994.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania